UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHYLLIS LEWIS, ET AL | CIVIL DOCKET NO. 6:22-CV-01507 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LOWES HOME CENTERS, LLC | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record and for the reasons contained in the REPORT AND RECOMMENDATION previously filed herein [Doc. 15], noting the absence of objections thereto, the Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusion therein as its own. Accordingly,

IT IS ORDERED that Plaintiffs, Motion to Remand [Doc. 8] is DENIED, consistent with the REPORT AND RECOMMENDATION.

THUS, DONE AND SIGNED in Chambers on this 19th day of October 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE